**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:23-cv-00153-WJM-NRN**

**AMGUARD INSURANCE COMPANY**

**Plaintiff,**

**v.**

**HAAG GLOBAL INC., et al.**

**Defendants.**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The Parties, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of all claims by AmGUARD Insurance Company against Defendant Jason Plasters, with prejudice, with each party to bear their own costs. This dismissal does not affect the remaining claims against Defendant Haag Global, Inc.

Respectfully submitted,

/s/ *Jonathan B. Morrow*
Jonathan B. Morrow, #MO58661
KNIGHT NICASTRO MACKAY
319 N. 4th Street, Suite 300
St. Louis, MO 63102
Telephone: (314) 690-4757
Facsimile: (816) 396-6233
jmorrow@knightnicastro.com
**ATTORNEYS FOR PLAINTIFF AMGUARD INSURANCE COMPANY**

**GALVANIZE LAW GROUP, LLC**
*/s/January D. Allen*
January D. Allen, #37006
M. Kate Strauss, #38743
GALVANIZE LAW GROUP, LLC
6145 Broadway, Suite 49
Denver, CO 80216
Phone: (303) 704 4585
jallen@galvanize.law
mconversa@galvanize.law
***ATTORNEYS FOR DEFENDANTS HAAG GLOBAL, INC. and JASON PLASTERS***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/*Jonathan B. Morrow*